UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STUART WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT GP MEDIA, INC. and<br>WCNC TV, INC.,<br><br>    Defendants. | CASE NO: 3:15-cv-00367-RJC-DCK |

**DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND
OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Defendants GANNETT GP MEDIA, INC.[1] and WCNC TV, INC., by their attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Case Assignment Packet, hereby make the following disclosures:

1. Are the parties publicly held corporations or other publicly held entities:

    Yes  X    No ___

2. Do the parties have any parent corporations?

    Yes  X    No ___

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    WCNC TV, Inc. is a wholly owned subsidiary of Belo Holdings, Inc. Belo Holdings, Inc. is a wholly owned subsidiary of Belo Corp. which is a wholly owned subsidiary of TEGNA Inc.

    Gannett Co., Inc. is the parent corporation of Gannett GP Media, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

---

[1] Gannett GP Media, Inc. has never been Plaintiff's employer, and therefore is improperly named as a Defendant in this lawsuit.

Yes _____  No _X_

If yes, identify all such owners:

N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

Yes _____  No _X_

If yes, identify entity and nature of interest:

N/A

Respectfully submitted,

GANNETT GP MEDIA, INC. and
WCNC TV, INC.

By  s/ Frederick T. Smith
Frederick T. Smith
NC Bar No. 45229
fsmith@seyfarth.com
6000 Fairview Road
Suite 1200
Charlotte, North Carolina 28210
Direct Dial: (404) 888-1021
Facsimile: (404) 892-7056

Date: August 19, 2015

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STUART WATSON,<br><br>      Plaintiff,<br><br>  v.<br><br>GANNETT GP MEDIA, INC. and<br>WCNC TV, INC.,<br><br>      Defendants. | CASE NO: 3:15-cv-00367-RJC-DCK |

## CERTIFICATE OF SERVICE

I certify that on August 19, 2015, I served the foregoing DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION on the following attorneys of record by U.S. regular mail, proper postage prepaid addressed as follows:

> S. Luke Largess
> Tin, Fulton, Walker & Owen, PLLC
> 301 East Park Avenue
> Charlotte, North Carolina 28203

                                              Frederick T. Smith
                                              Attorney for Defendants