IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-367-RJC-DCK

| | |
|---|---|
| STUART WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GANNETT GP MEDIA, INC., and ) | |
| WCNC TV, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Frederick T. Smith, concerning Robert C. Stevens on August 25, 2015. Mr. Robert C. Stevens seeks to appear as counsel *pro hac vice* for Defendants Gannett GP Media, Inc. and WCNC TV, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Robert C. Stevens is hereby admitted *pro hac vice* to represent Defendants Gannett GP Media, Inc. and WCNC TV, Inc.

**SO ORDERED**.

Signed: August 25, 2015

David C. Keesler
United States Magistrate Judge