**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:15-CV-367-RJC-DCK**

| | |
|---|---|
| STUART WATSON, | ) |
|       Plaintiff, | ) |
| v. | ) **ORDER** |
| GANNETT GP MEDIA, INC., and WCNC TV, INC., | ) |
|       Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Frederick T. Smith, concerning Christina F. Meddin on August 25, 2015. Ms. Christina F. Meddin seeks to appear as counsel *pro hac vice* for Defendants Gannett GP Media, Inc. and WCNC TV, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Ms. Christina F. Meddin is hereby admitted *pro hac vice* to represent Defendants Gannett GP Media, Inc. and WCNC TV, Inc.

**SO ORDERED**.

Signed: August 25, 2015

David C. Keesler
United States Magistrate Judge